Louis H. Freise, Appellant, v. Mid-City Trust and Savings Bank of Chicago and Mid-City National Bank of Chicago, Appellees.

Gen. No. 43,089.

opinion filed February 13, 1946; released for publication March 8, 1946. Kinne, Scovel, Robson & Murphy, for appellant; Harry C. Kinne, of counsel; Gustav E. Beerly, for certain appellee; Gustav E. Beerly, Jr., of counsel; John M. Lee and Carl M. Loos, for certain other appellee. Opinion by JUSTICE LEWE. Not to be published in full.